**Dismiss and Opinion Filed July 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01655-CV

### LULLY'S INC. D/B/A/ THE RIGHT ONE, Appellant

### V.

### MELANIE MATTOON, DAVID BOGNER, PENNI SKLAR, AND NAOMI KIARIE, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03363**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The parties move to DISMISS this appeal, stating the appeal and underlying trial court litigation have been settled. We grant the motion and dismiss the appeal.

121655F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LULLY'S INC. D/B/A/ THE RIGHT ONE,
Appellant

No. 05-12-01655-CV     V.

MELANIE MATTOON, DAVID BOGNER,
PENNI SKLAR, AND NAOMI KIARIE,
ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,
Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-03363.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Melanie Mattoon, David Bogner, Penni Sklar, and Naomi Kiarie, on behalf of themselves and all others similarly situated, recover their costs, if any, of this appeal from appellant Lully's Inc. d/b/a The Right One.

Judgment entered July 18, 2014